**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RENEE STINGLEY, EARNEST SMITH, JELTHER SEPT, LAMAR TRUSSELL, RICKEY HAWKINS, FLOYD BEATTY, AND GREG KENNON** on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) ) ) **No.** 1:18-cv-06221 ) ) |
| Plaintiffs, | ) **The Honorable John F. Kness** ) **District Court Judge** ) |
| v. | ) The Honorable Maria Valdez ) Magistrate Judge ) |
| **LACI TRANSPORT INC. AND VLADETA MARKOVITC, INDIVIDUALLY** | ) ) ) ) |
| Defendants. | ) |

**PARTIES' JOINT MOTION FOR FINAL APPROVAL OF
PARTIES' JOINT STIPULATION AND AGREEMENT
TO SETTLE CLASS ACTION AND OTHER CLAIMS**

NOW COME the Parties, by their counsel of record, and hereby submit their Joint Motion for Approval of the Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims. The Parties file concurrently herewith, their Memorandum in Support.

Respectfully Submitted,

*Electronically Filed 04/21/2023*

/s/John W. Billhorn
_____
John W. Billhorn

John W. Billhorn
Samuel D. Engelson
*Attorneys for Plaintiff and those similarly situated, known and unknown*

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450

BY: /s/ *Timothy A. Hickey*
George F. LaForte, Jr.
Timothy A. Hickey
Bishop & LaForte, Ltd.
1S450 Summit Avenue, Suite 325
Oakbrook Terrace, Illinois 60181
*Attorneys for Defendants, LACI TRANSPORT, INC. AND VLADETA MARKOVITC*

2