## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Renee Stingley, et al.
        Plaintiff,

v.               Case No.: 1:18−cv−06221
               Honorable John F. Kness

Laci Transport, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 18, 2023:

  MINUTE entry before the Honorable John F. Kness: On 7/31/2023, an in−person fairness hearing was held on the Joint Motion for Approval of Parties' Joint Stipulation and Agreement to Settle Class Action and Other Claims [293]. As stated on the record, the Court finds that the settlement is fair, reasonable, and adequate, the FRCP 23 requirements to certify the class are met, and the attorneys' fees and costs requested by class counsel are fair and reasonable. Accordingly, the Court grants the motion for final approval of the settlement. At the Court's request, the parties have submitted an acceptable final judgment order. Enter partial final judgment as to Subclass III, the Court having expressly determined, with the concurrence of the parties, that there is no just reason to delay the entry of a partial final judgment. See Fed. R. Civ. P. 54(b). In addition, in view of the fully briefed cross−motions for summary judgment, the Court resets the 8/23/2023 status hearing for 10/11/2023 at 09:30 AM. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.